(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
## Western District of New York

Mark Joseph Maltese
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Erie County Medical Center Corp.
Jonathan T. Swiatkowski CPA
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 23 CV 6543-S
*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes___ No X

UNITED STATES DISTRICT COURT
FILED
SEP 25 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mark Joseph Maltese (Pro-Se)
All other names by which you have been known: N/A
ID Number: 15B0750
Current Institution: Orleans Correctional Facility
Address: 3531 Gaines Basin Rd.
Albion (City) N.Y. (State) 14411 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jonathan T. Swiatkowski CPA
Job or Title *(if known)*: FOIL Appeals OFFicer
Shield Number: N/A
Employer: Erie County Medical Center Corp.
Address: 462 Grider Streed 3rd Floor Administration
BuFFalo (City) N.Y. (State) 14215 (Zip Code)
☒ Individual capacity ☒ Official capacity

Defendant No. 2
Name: N/A
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
(City) (State) (Zip Code)
☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name N/A

Job or Title *(if known)*

Shield Number

Employer

Address

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name N/A

Job or Title *(if known)*

Shield Number

Employer

Address

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Freedom of Information Act (5 U.S.C., Section 552), Privacy Act (5 U.S.C. Section 552(a))

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Exhibits #1 FOIA/PA request, #2 FOIA/PA Denial, and #3A #3B FOIA/PA Appeal (MTM) #4A #4B FOIA/PA Appeal Denial Denial of Freedom of Information Act/Privacy Act Appeal

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Erie County Medical Center Corp. Denial of FOIA/PA request on 8-16-2023 and subsequent refusal to Answer FOIA/PA Appeal on 9-18-2023 even after repeated inquiry letters see Exhibit #5A #5B & #6A #6B

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Five Points Corr. Fac. on 1-2-2020 symptoms Arose that Led up to (MRI) Procedure.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Orleans Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [X] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

N/A

**E.** If you did file a grievance:

1. Where did you file the grievance?

Orleans Correctional Facility

2. What did you claim in your grievance? See Exhibit #10 Attached grievance

Orleans Correctional Facility Medical staff go over results of MRI procedure. I would also like to view All Images on CD/Rom, View Accompanying Dr. Reports

3. What was the result, if any? See Exhibits #11 & #12A #12B E.C.M.C.C Dr. Report only
Grievance Granted to the extent:
"Per Investigation it is reported that the MRI results were mailed to the grievant on 7-14-2023"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Appealed to Superintendent Amy Titus, FDS Walker responded "This reviewer agrees with determination made by IGRC see Exhibit #13 on 7-26-23 Petitioner met with Dr. Dwight Lewis MD Orleans Correctional Fac. Medical physician, Dr. Lewis stated "Orleans Correctional Fac. were not in possession of MRI Images or CD/Rom of procedure".

**F.** If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Filed with Orleans Correctional Facility FOIL OFFicer a Freedom oF InFormation Act/Privacy Act request to obtain MRI images at no Av

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See Attachments Exhibit #14 & #15

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No N/A

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-23-2023

Signature of Plaintiff: M. J. Maltese

Printed Name of Plaintiff: Mark Joseph Maltese (Pro-Se)

Prison Identification #: 15B0750

Prison Address: Orleans Correctional Fac. /3531 Gaines Basin Rd.

Albion (City) N.Y. (State) 14411 (Zip Code)

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A

Printed Name of Attorney: N/A

Bar Number: N/A

Name of Law Firm: N/A

Address: N/A

N/A (City) N/A (State) N/A (Zip Code)

Telephone Number: N/A

E-mail Address: N/A



Print | Save As... | Add Attachment | Reset

# Table of Contents

Civil Cover Sheet
Complaint For Violation of Civil Rights - pgs 1-
Freedom of Info. Act/Privacy Act E.C.M.C.C. - Exhibit #
Freedom of Info. Act/Privacy Act E.C.M.C.C Denial - Exhibit #2
Freedom of Info. Act/Privacy Act E.C.M.C.C Appeal - Exhibit #3A & 3
Freedom of Info. Act/Privacy Act E.C.M.C.C. Appeal denial - Exhibit #4A & 4B
Freedom of Info. Act/Privacy Act E.C.M.C.C. Jonathon T. SwiatKowski - Exhibit #5A & 5
Inquiry Letter to E.C.M.C.C. Jonathon T. SwiatKowski - Exhibit #6A & 6
Inquiry Letter to E.C.M.C.C. Jonathon T. SwiatKowski - Exhibit #7A & 7
Letter to A.U.S.A. Brett A. Harvey - Exhibit #8A, 8B, & 8C
Letter to Representative Micheal Waltz - Exhibit #9A & 9B
Letter to CIA Deputy Director David Cohen - Exhibit #10
Inmate Grievance Orl. C.F. - Exhibit #11
Inmate Grievance Response Orl. C.F. - Exhibit #12A & 12B
Dept of Imaging (Report Only) E.C.M.C. - Exhibit #13
Inmate Grievance Appeal Response ORL. C.F. - Exhibit #14
FOIA/PA Request ORL. C.F. - Exhibit #15
FOIA/PA Memorandum ORL. C.F.

Mark Joseph Maltese
Din#15B0750
Orleans Corr. Facility
3531 Gaines Basin Rd.
Albion, N.Y. 14411

Erie County Medical Center
Attn: FOIL Officer
462 Grinder St.
Buffalo, N.Y. 14215-3021

8-4-2023
RE: May 26th 2023
MRI procedure.
Freedom of Info. Req.

To Whom it may Concern,

This is a request under the Freedom of Information Act as amended (5 u.s.c., section 552), the Privacy Act (5 u.s.c. section 55 and McKinney's Public Officers Law, Sections 84-90.

I wish to obtain Copies of All information pertaining to: Magnetic Resonance Imaging procedure ~~pro~~ performed At E.C.M.C. on 5-26-2023 of the Brain Region on Mark Joseph Maltese Din#15B0750. I wish to obtain Images Only (CD/ROM Only).

If all or Any of my request is denied, please list specific exemptio which are being claimed to withhold Information.

I, of course, reserve the right to Appeal any decision to withhold info and expect that you will list the Address and office where such an Appeal can be sent.

CC: File
Delta I

Exhibit #1

Respectfully,
M. J. Maltese

ECMC 462 GRIDER STREET | BUFFALO, NEW YORK 14215 ECMC.EDU
(716) 898-3000 | (716) 898-5178 FAX

August 16, 2023

Mark Joseph Maltese
DIN# 15B0750
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, New York 14411

Re: August 4, 2023
*FOIL request*

Dear Mr. Maltese:

Please allow this correspondence to serve as our acknowledgment and response to your August 4, 2023 electronic correspondence requesting certain materials from Erie County Medical Center Corporation ("ECMCC") under New York's Freedom of Information Law ("FOIL"). Specifically, your correspondence requested medical records "pertaining to: Magnetic Resonance Imaging procedure performed at E.C.M.C on 5-26-2023 of the brain region on Mark Joesph Maltese Din#15B0750", Images Only (CD/ROM only).

In response to your request which seeks disclosure of your medical records, ECMCC hereby denies your request. Pursuant to Public Officers Law §87(2)(a), your request calls for records specifically exempted from disclosure by federal law. Disclosure of Protected Health Information is impermissible under FOIL as such disclosure does not comply with the requirements of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") under 45 CFR § 164.502.

Further, for your information, medical records may be requested online at the below web address or through completion of ECMCC's Authorization for the Use and Disclosure of Protected Health Information form, enclosed with this letter as a courtesy.

https://www.swellbox.com/erie-county-mc-wizard.html

Should you wish to complete the enclosed form, please return to the following address:

ECMC Hospital
Health Information Management & Medical Correspondence
462 Grider Street
Buffalo, New York 14215

This letter, and the materials enclosed are subject to our reservations and rights as set forth in our prior correspondence to you regarding this matter. Should you disagree or dispute any portion of this response, you have the right to appeal this response within thirty (30) days to our FOIL Appeals Officer, Jonathan T. Swiatkowski, CPA, 462 Grider Street, Third Floor Administration, Buffalo, New York 14215. Please do not hesitate to contact us with any questions or concerns regarding this matter.

Very truly yours,

Regina A. Del Vecchio
Acting FOIL Records Officer

Exhibit #2

Mark Joseph Maltese
Din# 15B0750
Orleans Corr. Facility
3531 Gaines Basin Rd.
Albion, N.Y. 14411

8-21-2023
RE: FOIA/Privacy Act
Appeal
1 of 2 pgs

E.C.M.C.
462 Grider st
3rd Floor Admin
Buffalo, N.Y. 14215
Attn: John T. Swiatkowski

Mr. Swiatkowski,

This is an Appeal under the Freedom of Information Act (FOIA) 5 U.S.C. § 552, and Privacy Act (PA) 5 U.S.C. § 552(a)). On 8-4-2023 I made a FOIA/PA request to Erie County Medical Ctr. For MRI procedure performed at E.C.MC on 5-26-23 of Brain Region on Mark Joseph Maltese Images only (CD/Rom only). On 8-16-2023 E.C.MC denied my request because "Pursuant to Public Officers Law § 87(2)(a), your ~~records~~ request calls for Records specifically exempted From disclosure by Federal law. Disclosure of Protected Health Information is impermissible under FOIL as such disclosure does not comply with the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) under 45 CFR § 164.502" Copies of the Correspondence are attached.

Please be informed that I consider the requested material clearly releasable under FOIA/PA and consider ECMC. policy to be arbitrary and Capricious.

Public Officers Law § 87(2)(a), and Health Insurance Portability and Accountability Act of 1996 (HIPPA) under 45 CFR § 164.502, Do not Apply under Privacy Act (PA). The PA deals solely with personal Files including Medical Files, and gives you the right not only to inspect your own records, (which these MRI images clearly are) you also have the right Under the Privacy Act (PA) to Correct, Change or remove records in Which the information about you is not Accurate, relevant or complete.



Exhibit #3A

2 oF 2 pgs

I have tried to Access these MRI images thru my Power of Attorney Diane G. Whitmore, I have Filled out an Authorization oF Disclosure oF Protected Health Information For the MRI images to be released to my Power of Attorney Diane G. Whitmore which MRI images, were denied.

These MRI images must be released under the Privacy Act (PA) it grants you the power to examine the Contents of Any record including Medical records within an Agencys File. See 5 U.S.C.A. § 552(F), it reads: "For purposes's of this section, the term... Record and any other term used in this section in reference to inFo. includ any info. that would be an Agency record subject to the requirement of this section when maintained by an Agency in any Format, including an Electronic Format." This language includes computer disks, CD-Roms MicroFiche, MicroFilm, and All other digital or Electronic Media.

I expect that upon reconsideration, you will reverse the decision to deny my request. However, if you do deny this Appeal, I intend to File a lawsuit to compel disclosure, in Federal Court

I Thankyou in Advance For your Kind Attention in this Matter.

RespectFully,

M. T. Malter

Exhibit #3B

ECMC 462 GRIDER STREET | BUFFALO, NEW YORK 14215 ECMC.EDU
(716) 898-3000 | (716) 898-5178 FAX

September 15, 2023

Mark Joseph Maltese
DIN# 15B0750
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, NY 14411-9199

Re: August 4, 2023 *FOIL Request*
Appeal of Request Determination

Dear Mr. Maltese:

Please accept this as a response to your correspondence dated August 18, 2023 appealing Erie County Medical Center Corporation's ("ECMCC") determination of your August 4, 2023 request for materials under New York's Freedom of Information Law ("FOIL"). After consideration of your Appeal, ECMCC maintains its position of denial of your request. Please see below for a brief background of correspondence and explanation of ECMCC's determination below.

Background:

Your FOIL request of August 4, 2023 requested a copy of your medical records, specifically a CD with results of a magnetic resonance imaging (MRI) procedure which was performed at ECMCC on or about May 26, 2023.

On August 16 2023, ECMCC acknowledged your FOIL request and provided its response informing you that it denied your request inasmuch as medical records could not be disclosed through the FOIL process as it is prohibited by the federal statute, The Health Insurance Portability and Accountability Act (HIPAA). Further, for your convenience, an ECMCC Authorization for the Use and Disclosure of Protected Health Information form was included with the response.

In your August 18, 2023 appeal of ECMCC's determination, you explained that a "Privacy Act" superseded Public Officers' Law and HIPAA as it pertained to your request.

Explanation:

Based on your original FOIL request and supplemental correspondence ECMCC maintains its position regarding your request. Public Officer's Law states that agencies "may deny access to records or portions thereof that (a) are specifically exempted from disclosure by state or federal statute" *See*, Pub. Off. Law § 87(2)(b).

The federal statute of HIPAA, prohibits certain disclosures of protected health information, including patients' medical records and imaging results. With regard to your request for a CD with

Exhibit #4A

ECMC

ECMC 462 GRIDER STREET | BUFFALO, NEW YORK 14215 ECMC.EDU
(716) 898-3000 | (716) 898-5178 FAX

the results of the MRI that you underwent on May 26, 2023, this falls within the scope of HIPAA and qualifies as protected health information ("PHI") as defined by the HIPAA Privacy Rule and as such is exempted from disclosure under 45 CFR § 164.502. Therefore, would be considered a prohibited disclosure of PHI. Please note, this is not a denial of your request for your medical records, ECMCC is unable to disclose protected health information via FOIL.

As previously provided in ECMCC's August 16, 2023 correspondence, the best way to obtain a copy of your medical records, including the MRI images, would be to complete the enclosed Authorization for the Use and Disclosure of Protected Health Information form and return it to the below address. Please note, if you so wish, you may have the records delivered to your Power of Attorney, by listing their name and address in Section 6 of the form.

ECMC Hospital
Health Information Management & Medical Correspondence
462 Grider Street
Buffalo, New York 14215

Pursuant to Public Officers Law §89(4)(a), the Committee on Open Government will receive a copy of this letter and its attachments. Please do not hesitate to contact us with any questions or concerns regarding this matter.

Very truly yours,

**Jonathan T. Swiatkowski**
FOIL Appeals Officer

cc: Committee on Open Government

Exhibit#4B

ECMC

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**DISBURSEMENT OR REFUND REQUEST**

CZ-Z4
CELL LOCATION

NAME Mark Joseph Maltese DATE 9-11 20 23

CODE TYPE

INMATE NUMBER 15B0750

"SHORT NAME" MMal
FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $ XXXX.XX

SENT TO CODE (SEE TABLE B-6)

ITEM DESCRIPTION Legal Mail / FOIA/PA Appeal inquiry

SENT TO OR PURCHASE FROM

LAST NAME / FIRST NAME / MI / SUFF: Erie County Medical Ctr. Corp. Attn: John T. Swiatkowski

ADDRESS / APT. NO.: 462 Grider St. 3rd Floor Administration

CITY: Buffalo STATE: N.Y. ZIP CODE: 14215

APPROVED [illegible] (SOURCE AREA) DATE 9-1-23

APPROVED (BUSINESS OFFICE) DATE

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT.**

M.J. Maltese
(INMATE SIGNATURE)

FORM 2706 (7/11) Original - Business Office Yellow - Approving Office Pink - Inmate

Exhibit #5A

Mark Joseph Maltese
Din# 15B0750
Orleans Corr. Fac.
3531 Gaines Basin Rd.
Albion, N.Y. 14411

E.C.M.C.C.
Attn: John T. Swiatkowski
462 Grider St.
3rd Floor Admin
Buffalo, N.Y. 14215

9-12-2023
RE: FOIA/PA Appeal of FOIA/PA Req. Denial

Mr. Swiatkowski,

On 8-21-2023 I Appealed to your office a denial of Freedom of Information Act (FOIA)/Privacy Act (PA) request For MRI procedure performed at E.C.M.C.C. on 5-26-23 of Brain Region on Mark Joseph Maltese Images only (CD/Rom only).

I am writing to you to see when I might expect a response to FOIA/PA Appeal.

Respectfully,
M. T. Maltese

CC: File
Delta 1

Exhibit #5B

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## DISBURSEMENT OR REFUND REQUEST

C2-24B
CELL LOCATION

NAME Mark Joseph Maltese DATE 9-17 20 23

CODE TYPE [ ] [ ] [ ]

INMATE NUMBER 1 5 B 0 7 5 0

"SHORT NAME" M M a l
FIRST INITIAL FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER 1 7 0 4 1 2
RIGHT ADJUSTED WITH LEADING ZEROS

(1) Stamp AFFixed

COMMISSARY PRODUCT GROUP [ ]

AMOUNT $ X X X 7.9 0

SEP 18 AM8:54

SENT TO CODE (SEE TABLE B-6) [ ]

ITEM DESCRIPTION Cert Mail: Card #: 7590-9402-7841-2234-6452-99 s.i.p. 7022-3330-0000-2904-8045 FOIA/PA Appeal

SENT TO OR PURCHASE FROM

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| E.C.M.C.C. Attn: Jonathan T. Swiatkowski CPA | | | |
| ADDRESS 462 Grider St 3rd Floor Administration | | APT. NO. | |
| CITY BuFFalo | STATE N.Y. | ZIP CODE 14215 | |

APPROVED Key (SOURCE AREA) DATE 9-17-23

APPROVED E3 (BUSINESS OFFICE) DATE 9/18/23

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT.**

M.T. Maltese
(INMATE SIGNATURE)

FORM 2706 (7/11) Original - Business Office Yellow - Approving Office Pink - Inmate

Exhibit #6A

Mark Joseph Maltese
Din# 15B0750
Orleans Correctional Fac
3531 Gaines Basin Rd.
Albion, N.Y. 14411

Erie County Medical Ctr. Corp.
Attn: Jonathan T. Swiatkowski CPA
462 Grider St.
3rd Floor Administration
Buffalo, N.Y. 14215

9-18-2023
RE: FOIA/PA Appeal
Cert Mail:
slip# 7022·3330·0000·2904·8045
card# 9590·9402·7841·2234·6452·99

Mr. Swiatkowski,

You have (7) days as of above date to respond to my FOIA/PA Appeal I sent to you on 8-21-2023, pursuant to FOIA/PA Time Limits you have exceeded your (20) Buisness days To respond. On 9-12-2023 I sent to you an inquiry letter about said FOIA/PA Appeal, you did not respond.

On 9-25-2023 I am Filing a 1983 Civil suit in the United States District Court (WDNY), To compel E.C.M.C.C to disclose my medical records (MRI Images only, CD/Rom only).

I thankyou in advance For your Kind Attention in this matter.

CC: File
Delta 1

RespectFully,
M. J. Maltese

Exhibit#6B

C. What date and approximate time did the events giving rise to your claim(s) occur?

9/18/2023: FOIA/PA Appeal Denial

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See Attached sheet: Addendum

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached sheet: Addendum / Exhibits #7A & 7B, #8A & 8B & 8C, #9A & 9B.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

AFFirmative injunction - To compel Erie County Medical Center (E.C.M.C.) To release Magnetic Resonance Imaging (MRI), Images Only (CD/Rom only) performed ON the Brain Region of petitioner Mark Joseph Maltese on 5-26-23

# IV. Statement oF Claim: Addendum

D) On 5-26-2023 at 9:32A.M (Petitioner) Mark Joseph Maltese had an Magnetic Resonance Imaging (MRI) performed at Erie County Medical Center Corp. (ECMCC) oF Petitioners Brain Region. The Petitioner tried to Access these images thru Orleans Correctional Facility medical, At no Avail.

Petitioner had his Power oF Attorney Diane G. Whitmore Contact E.C.M.C.C to Access (MRI) images, Filled out an Authorization For the Use and Disclosure oF Protected Health InFormation For Power oF Attorney Diane G. Whitmore to Access (MRI) images, request denied.

Petitioner Filed a FOIA/PA request on 8-4-2023 to E.C.M.C.C. Regina A. Del Vecchio For Access to (MRI) images, request denied. Petitioner Filed a FOIA/PA Appeal on 8-21-2023 to E.C.M.C.C. Jonathon T. SwiatKowski to reconsider Appeal denied.

# V Injuries: Addendum

On Friday 4-28-2023 Petitioner had a Medical Appointment at 9:00A.M. with Dr. Marcia Fries physician at Orleans Correctional Facility Medical. Petitioner stated to Dr. Fries that Petitioner was suFFering From Pressure in Frontal Lobe oF Brain region, Pressure above leFt Ear oF Brain region, Severe ringing in Petitioner's LeFt Ear, and Debilitating Headaches.

Petitioner stated to Dr. Fries symptoms Arose while Housed at Five Points Correctional Facility on 1-2-2020,

V. Injuries: Addendum Cont

Dr. Fries sent A request For a (MRI) oF Petitioner's Brain Region to be Approved, to New York State Department OF Corrections (NYSDOC) in Albany, N.Y..

Petitioner sent a letter to the United States Attorney's OFFice Attn: Assistant United States Attorney Brett A. Harvey 100 state St. Rochester, N.Y. 14614 requesting help getting (MRI) procedure Approved see Exhibit #7A & 7B

Petitioner sent a letter to Representative Micheal Waltz see Exhibit # 8A & 8B & 8C

Petitioner sent a letter to Central Intelligence Agency, Deputy Director David Cohen see Exhibit # 9A & 9B

To date oF Filing Petitioner has yet to receive Any Medical Treatment For Above Sustained injuries

TOL

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## DISBURSEMENT OR REFUND REQUEST

G2-27
CELL LOCATION

NAME Mark Joseph Maltese DATE 4-28 20 23

CODE TYPE

INCARCERATED INDIVIDUAL NUMBER 15B0750

"SHORT NAME" MMal
FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER
RIGHT ADJUSTED WITH LEADING ZEROS

(1) Stamp AFFixed

COMMISSARY PRODUCT GROUP

AMOUNT $ XXXX//

SENT TO CODE (SEE TABLE B-6)

ITEM DESCRIPTION Legal Mail / MRI Request Approval

SENT TO OR PURCHASE FROM

LAST NAME United States Attorneys OFC. FIRST NAME Attn: Brett MI A. SUFF Harvey

ADDRESS 100 State St APT. NO.

CITY Rochester STATE N.Y. ZIP CODE 14614

APPROVED [signature] CO (SOURCE AREA) DATE 4-28-23

APPROVED (BUSINESS OFFICE) DATE

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.**

M.J. Maltese
(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

Exhibit #7A

Exhi

Mark Joseph Maltese
Din#15B0750
Orleans Correctional Fac.
3531 Gaines Basin Rd.
Albion, N.Y. 14411

United States Attorney Office
Western District of New York
Attn: A.U.S.A. Brett A. Harvey
100 State St
Rochester, N.Y. 14614

4-28-2023

RE: MRI Request sent To NYSDOC Albany For Approval Per Dr. Fries Orleans Corr. Fac Physician

Brett,

- On Friday 4-28-2023 I had a Medical Appt @ 900 AM with Dr Fries Orl. Corr. Fac physician.

- I stated to Dr. Fries I was experiencing pressure in my Frontal Lobe, pressure above Top of my left Ear, Severe ringing in my left Ear, Inter Alia.

- Dr. Fries sent A request to be Approved to NYSDoc in Albany To have a Magnetic Resonance Imaging (MRI) performed.

- Could use a bit of help getting that request Approved.

- lets Find out where the Bear shits in the Buckwheat and see if I have indeed been Attacked by the occurrence Known as Havana Syndrome.

Respectfully,
M. J. Maltese

CC:

Exhibit #7B

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**DISBURSEMENT OR REFUND REQUEST**

G2-27
CELL LOCATION

NAME Mark Joseph Maltese DATE 2-21 20 23

CODE TYPE [ ][ ][ ]

INCARCERATED INDIVIDUAL NUMBER 15B0750

"SHORT NAME" MMal
FIRST INITIAL FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER [ ][ ][ ][ ][ ][ ]
RIGHT ADJUSTED WITH LEADING ZEROS

Free legal users

COMMISSARY PRODUCT GROUP [ ]

AMOUNT $ XXXX.—

SENT TO CODE (SEE TABLE B-6) [ ]

ITEM DESCRIPTION Postage/Legal Mail// Kaitlyn Hearn AKA "Hearnochio"

SENT TO OR PURCHASE FROM

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| U.S. House of Representatives Attn: Rep Waltz | | | |
| ADDRESS: Capital Building | | APT. NO. | |
| CITY: Washington | STATE: DC | ZIP CODE: 20515 | |

APPROVED [signature] (SOURCE AREA) DATE 2/19/23

APPROVED ____________ (BUSINESS OFFICE) DATE ________

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.**

M.J. Maltese
(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

Exhibit# 8A

2-21-2023
2 of 2 pgs

Said letter was read over my NYSDOC MCI/phone line on Date 11-29-2021 Din#15B0750 while I was housed at Five Points C.F, (6) months prior to that Horrific Domestic terrorist Attack at the Tops Supermarket in Buffalo, NY, Had the FBI Come to see me that Attack may have been prevented.

I have wrote Deputy Director David Cohen (CIA) about symptoms that I have been experiencing onset 1-2-2020 till present, Consistent with the Occurrence Known to the (CIA) as "Havana Syndrome" At no Avail.

Upon Info & Belief which I believe to be true, said (STAFF) within NYSDOC are planning to carry out another Attack on American Soil.

I am requesting to speak with an Agent From the FBI, and a Case Officer From the CIA about the Occurrence Known as "Havana Syndrome"; & Domestic Terrorist Org (Staff) within NYSDOC. I am willing to take a MRI to determine that I have indeed been Attacked by this Occurrence. I am willing to Submit to A Polygraph Examination to show I am Telling you the truth, and I will swear under Oath to All Allegations that I have brought Forth Dates 1-2-2020 thru present

Finally a Friend of mine that I went to school with, I believe served under your Command, Sgt Andrew Cdek…k (U.S. Army Special Forces)

I Affirm under Penalty of Perjury on the 21st Day of February 2023 the Foregoing Factual Allegations are true to the best of my Knowledge

Respectfully,
[signature]

CC: FBI/Field OFC Buffalo
File Delta 1

Exhibit #8C

To ✓

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**DISBURSEMENT OR REFUND REQUEST**

CZ-ZH
CELL LOCATION

NAME Mark Joseph Maltese DATE 6-10 20 23

CODE TYPE [ ] [ ] [ ]

INCARCERATED INDIVIDUAL NUMBER 15B0750

"SHORT NAME" MMal
FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER [ ] [ ] [ ] [ ] [ ] [ ]
RIGHT ADJUSTED WITH LEADING ZEROS

(1) Stamp AFFixed

COMMISSARY PRODUCT GROUP [ ]

AMOUNT $ XXXX.XX

SENT TO CODE (SEE TABLE B-6) [ ]

ITEM DESCRIPTION Legal Mail / Havana Syndrome / MRI Procedure

SENT TO OR PURCHASE FROM

| LAST NAME | FIRST NAME | MI | SUFF |
| --- | --- | --- | --- |
| CIA Attn: Deputy Director David Cohen | | | |
| ADDRESS: OFFice oF Public AFFairs | | APT. NO. | |
| CITY: Washington | STATE: DC | ZIP CODE: 20505 | |

APPROVED E. Clay (SOURCE AREA) DATE 6/10/23

APPROVED (BUSINESS OFFICE) DATE

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.**

M.J. Maltese
(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

Exhibit #9A

Mark Joseph Maltese
Din# 15B0750
Orleans Corr. Fac.
3531 Gaines Basin Rd.
Albion, N.Y. 14411

Central Intelligence Agency
Attn: Dep Dir. David Cohen
Attn: Havana Syndrome Unit
OFFice oF Public AFFairs
Washington, DC 20505

6-12-2023
RE: Kaitlyn Hearn
AKA "Hearnochio"
Five Points C.F.
Havana Syndrome
Extra Sensory Capability
Domestic Terrorist
Day#259 since 1st Letter

Dep. Dir. Cohen,

Well Dave alot has happened since I Last wrote to you. I have managed to get a (MRI) Approved and procedure performed at Erie County Medical Center (ECMC) on 5-26-2023 OF My Brain region.

I have sent a waiver oF Release oF Records to the United States Attorneys OFC (WDNY) Attn: Brett A. Harvey
cc: FBI/Field OFFice BuFFalo to Obtain procedure results.

I have requested through Both Agencies to have A polygraph Examination performed, still waiting For there reply.

cc: Delta 1

Exhibit#9B

RespectFully,
M. J. Maltese

Mark Joseph Maltese
Din# 15B0750
Orleans Corr Fac
3531 Gaines Basin Rd
Albion, N.Y. 14411

U.S. House of Representatives
Attn: Rep. Micheal Waltz
Capital Building
Washington, DC 20515

2-21-2023
RE: Kaitlyn Hearn
AKA "Hearnochio"
Havana Syndrome
Five Points Corr Fac
Extra Sensory Capability
Domestic Terrorist
1 of 2 pgs.

Rep Waltz,

I have wrote the FBI, DHS, CIA, DOD, NSA, U.S. Attorneys Ofc, & (6) sitting Congress Representatives (Lauren Boebert, Micheal McCual, Jim Jordan, Ryan Zinke, Dan Crenshaw, & Speaker of the House Kevin McCarthy) about a Domestic Terrorist Org (Staff within New York State Dept of Corrections (NYSDOC). I have requested to speak with an Agent From the FBI (20) times or more about said (Staff & Domestic terrorist organization within NYSDOC. At no Avail.

Rep. Waltz I encourage you to talk to Above Agencies, & Representatives about documents that I have sent to them, that I did not include with this letter so I wouldn't be redundant. For your Info. though, (1) document ~~[illegible]~~ MJM is a typed letter on 11-28-2021 sent to FBI/Headquarters Attn Dir Christopher Wray, Warning the FBI of a potential 9/11 Style Attack requesting to speak with an Agent From Field OFC. Buffalo or Special Agent Mark R. Schirching FBI/Joint terrorism task Force/Counterterrorism Unit At no Aval.



Exhibit #8B

363-23
7-10-23
22
MRI Results

FORM 2131E (9/12)

MRI Results

(22)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

Grievance No. ORL-0363-23

Orleans CORRECTIONAL FACILITY

ame: Mark Joseph Maltese Date: 7-10-2023

Dept. No.: 15B0750 Housing Unit: C2-24B

Program: A.R.T. AM ______ PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)**

scription of Problem: (Please make as brief as possible) I am Filing Grievance Against Nurse Administrator Grimes regarding results of a Magnetic Resonance Imaging procedure performed at Erie County Medical Center (E.C.M.C.) on 5-26-2023 at 9:32A.M. I still as of above date have not received the results of said MRI procedure, so I Filed a Freedom of Information Request (FOIL) on 6-20-2023 with the FOIL Officer at Orleans Corr. Fac. to obtain results.

Grievant Signature: M. J. Maltese

Grievance Clerk: [signature] Date: JUL 10 2023

or Requested ☐ YES ☐ NO Who:

requested by inmate: Orleans Corr. Facility medical staff go over results of MRI procedure with me. I would also like to view All Images on CD/Rom, View All Accompanying Dr. Reports.

ievance has been formally resolved as follows:

ormal Resolution is accepted:
ompleted only if resolved prior to hearing)

Grievant Signature:

Exhibit #10

Date

| NEW YORK STATE Corrections and Community Supervision<br><br>INCARCERATED GRIEVANCE PROGRAM<br><br>**IGRC HEARING RESPONSE** | GRIEVANCE NO.<br>ORL- 0363-23 | HEARING DATE<br>JUL 2 1 2023 |
|---|---|---|
| | GRIEVANT NAME<br>MALTESE, M | DIN<br>15B0750 |
| | FACILITY<br>ORLEANS CORRECTIONAL FACILITY | HOUSING UNIT<br>C2-24B |
| | HELD IN ABSENTIA<br>☐ YES ☑ NO If yes, why: | |

Response of IGRC: **GRIEVANCE GRANTED TO THE EXTENT**

Per investigation it is reported that the MRI results were mailed to the grievant on 7/14/23. The grievant was scheduled for a review with the doctor to discuss any concerns,

Chairperson: K. Olug, RPC II IGRC Members: [signatures]

Date Returned to Grievant: JUL 2 1 2023

Appeal:

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☒ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with IGRC response and wish to appeal to the Superintendent.

☐ I want to apply to the IGP Supervisor for review of the IGRC dismissal.

Grievant Signature: M. V. Maltese Date: 7-24-23

*An exception to the time limit may be requested under Directive #4040, § 701.6(g).

***To be completed by Grievance Clerk***

Grievance Clerk Signature: ______________________ Date Received: ____________

Date Forwarded to Superintendent For Action: ______________________

FORM 2131 (Reverse) (12/21)

Exhibit # 11

462 Grider Street Buffalo, New York 14215

**DEPARTMENT OF IMAGING SERVICES**

**PT NAME:** MALTESE,MARK
**MRN:** M001452747
**DOB:** 04/09/1970 Sex: M
**Service Date:** 05/26/23 **Time:** 0810
**Requisition No:** 23-0061990
**Procedures:**
0526-0004 MRI/MR Brain Wwo IV

**Pt Type:** REG CLI **Pt Location:** MRI
**Attending:** FRIES,MARCIA MD, (RF)
**Referring:** FRIES, MARCIA MD, (RF)
**Primary Care:**
**Account Number:** V00007250001
**REPORT NO:** 0526-0249

MR Brain Wwo IV

CLINICAL INDICATION: HEADACHES

TECHNIQUE: Multi sequential MR images of the brain were obtained in multiple planes without and with 9.5 cc of Gadavist contrast.

COMPARISON: None.

FINDINGS:

The bilateral internal auditory canals and cerebellopontine angles demonstrate no masses or abnormal enhancement. The 7th and 8th cranial nerves demonstrate normal signal and morphology. The bilateral vestibulocochlear structures appear normal. The brainstem and cerebellum appear normal.

No abnormal diffusion restriction to suggest hyperacute, acute, or early subacute infarct. No acute hemorrhage.

* Several scattered faint subcentimeter T2 FLAIR hyperintense foci are present within the subcortical and deep white matter bilateral. *

The ventricles, cortical sulci, and extra-axial spaces are normal in size and configuration. No hydrocephalus.

There is no mass or mass-effect.

There is no abnormal extra-axial fluid collection.

There are normal signal voids in the larger intracranial vessels.

The paranasal sinuses are predominantly clear. The mastoid air cells are clear.

No acute osseous abnormality. The marrow signal pattern is within normal limits.

Postcontrast images demonstrate no evidence of intraparenchymal or extra-axial enhancement.

IMPRESSION:

Exhibit #12A

1. No evidence of significant abnormality involving the bilateral vestibulocochlear structures or within the posterior fossa. Consider further evaluation with temporal bone CT to better evaluate osseous structures.

* 2. Several scattered faint subcentimeter T2 FLAIR hyperintense foci within the subcortical and deep white matter bilaterally that are nonspecific and most likely related to chronic small vessel ischemic gliosis in a patient of this age. *

| | |
|---|---|
| Films reviewed and dictated by: | THOMAS A LOSTRACCO MD 05/26/23 1316 |
| Signed by: | <Electronically signed by THOMAS A LOSTRACCO MD in OV> |
| Sign date / time: | 05/26/23 1326 |

05/26/23 1316 XXX

Copies To: ; FRIES,MARCIA MD, (RF)
Printed:

REVIEWED BY (intl) WF, 6/27/23 DATE

- ☐ NO ACTION IS REQUIRED AT THIS TIME
- ☐ REPORT TO SICK CALL
- ☒ FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
- ☐ FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
- ☐ NOTIFICATION FORM COMPLETED AND DISTRIBUTED

Exhibit #12B

| NEW YORK STATE Corrections and Community Supervision<br>INCARCERATED GRIEVANCE PROGRAM<br>**SUPERINTENDENT RESPONSE** | GRIEVANCE NO.<br>ORL-0363-23 | DATE FILED<br>07/10/23 |
|---|---|---|
| | FACILITY<br>Orleans Correctional | POLICY DESIGNATION |
| | TITLE OF GRIEVANCE<br>MRI Results | CASE CODE<br>I-22 |
| | SUPERINTENDENT'S SIGNATURE<br>K. Walker/FRS | DATE<br>7/27/23 |
| GRIEVANT<br>MALTESE, M | DIN<br>15B0750 | HOUSING UNIT<br>C2-24B |

This reviewer agrees with the determination made by the IGRC for the following reasons;

The grievant is requesting to be seen for their MRI results.

Per investigation, it is reported that the grievant has been scheduled to meet with the doctor as requested. The doctor will review the grievant's MRI results. A copy of the MRI results were sent to the grievant in the mail.

This grievance appeal is granted to that extent.

RECEIVED
AUG 2 2023
IGRC

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

GRIEVANT'S SIGNATURE — DATE

GRIEVANCE CLERK'S SIGNATURE — DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

Exhibit #13

Mark Joseph Maltese
Din# 15B0750
Orleans Correctional Fac.
C2-24B

Orleans C.F.
Attn: FOIL Officer

6-20-2023
RE: Freedom of Info Request (FOIL)

Dear Sir/Madam

This is a request under the Freedom of Information Act (5 U.S.C., section 552), the Privacy Act (5 U.S.C. Section 552(a)), and McKinney's Public Officers Law Sections 84-90.

I wish to Obtain copies of all Information pertaining to:

Magnetic Resonance Imaging (MRI) performed At Erie County Med. Ct (E.C.M.C.) in Buffalo, N.Y. on 5-26-2023 At 9:32 A.M. on Inmate Mark Joseph Maltese (Din# 15B0750) Housed At Orleans Corr. Fac. Including but not limited to: Actual Magnetic Resonance Imaging (MRI) procedure, Indexing CD/Rom Contents, All Images including Every Color Image on CD/Rom, and Accompanying Dr. Reports (Neurology and/or Radiology Departments).

IF all or any of my request is denied, please list the specific exemption(s) which are being claimed.

I, of Course, reserve the right to appeal any decision to withhold Information and expect that you will list the Address and Office.

CC: File
Delta 1

Exhibit # 14

Respectfully,
M.J. Maltese

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**ORLEANS CORRECTIONAL FACILITY**
# MEMORANDUM

TO: Maltese, M DIN: 15B0750 LOC: C2-24B DATE: 6/23/23

FROM: OA1 Bensley SUBJECT: FOIL ACKNOWLEDGEMENT FOIL LOG #: ORL- 23-110

DATE RECEIVED: 6/21/23

✓ Your request for record(s) has been forwarded to medical to determine record availability. You may expect a response within 20 days of the date of this letter unless otherwise notified in writing.

____ Requested record(s) have been located. In order to proceed with your request, you will need to provide a disbursement form (#2706) for $ ____ for ____ pages to the **Attention of the FOIL Officer**. Reference should be made to the FOIL Log # on disbursement form. Copying cost is $.25/page. Current Departmental Policy does **NOT** authorize the advancement of funds to fulfill a FOIL request.

____ The requested record(s) do not exist. FOIL guidelines do not require that a record(s) be created to satisfy a request.

____ Your request is denied or redacted pursuant to:

| | | |
|---|---|---|
| ____ | POL §(2)(a): | Records are specifically exempt from disclosure by state or federal statute |
| ____ | POL §(2)(b): | If disclosed, would constitute an invasion of personal privacy |
| ____ | POL §(2)(c): | If disclosed, would impair present or imminent contract awards |
| ____ | POL §(2)(d): | If disclosed, would cause substantial injury to the competitive position of the enterprise |
| ____ | POL §(2)(e): | If disclosed, would interfere with law enforcement investigation |
| ____ | POL §(2)(f): | If disclosed, could endanger the life or safety of any person |
| ____ | POL §(2)(g): | Where records are inter-agency or intra-agency materials which are not statistical or factual tabulations, or external audits |
| ____ | POL §(2)(i): | If disclosed, would jeopardize the capacity of an agencies electronic information system or infrastructure |
| ____ | POL §(95)(6)(c): | Incarcerated Individual records that are evaluative in nature |

____ Request for Medical Record(s) are to be directed to the Nurse Administrator. Your request has been forwarded to their attention.

____ Requests for Mental Health Record(s) are to be directed to Central New York Psychiatric Center; PO Box 300, Marcy NY 13403-0300.

____ RAP sheets are exempt from disclosure. Refer to Executive Law §837 (8) and 9 NYCRR 6051.1. You may request a copy from the Division of Criminal Justices Services; Records Retention Unit; 80 South Swan Street, Albany, New York 12210. Transitional Services may also assist you in obtaining a copy of your RAP Sheet.

____ Pre-Sentence Reports are exempt from release with the following exception. In accordance with CPL §390.50, the Court shall make a copy of the presentence report available to an offender if **ONE** of following criteria applies. (1) Must have a Parole Board release interview scheduled to occur within the next six months; or (2) Filed or intends to file an administrative appeal of the most recent denial of parole. Requests must be directed to your assigned Offender Rehabilitation Coordinator for completion of Form #8370CS "Request for County Presentence Report," or "Order Granting the Disclosure of a Presentence Report". Refer to Departmental Directive 8370.

____ Other: ____

You may appeal any denials or deletions by writing to FOIL Appeals - Office of Counsel, Department of Corrections and Community Supervision 1220 Washington Ave., Albany, New York 12226. The written appeal must (1) identify the record(s) you have been denied, (2) give date and location of your original request with reference of assigned FOIL Log Number, and (3) give your name and address.

CC: FOIL File Revised: 10/16/2018 foil-r

RL030 (06/22)

Exhibit #15

United States District Court
Western District of New York

Original

Mark Joseph Maltese
Petitioner

-Against-

Erie County Medical Center Corp.
Jonathon T. Swiatkowski CPA
Respondent

## Certificate of Service

I hereby certify that a true and correct copy of the Foregoing [Civil Cover Sheet, Complaint pgs 1-11 Exhibits 1-15, Authorization, Motion to Proceed In-Forma Pauperis, Application For Appt. of Counsel] was served by First-Class mail, postage prepaid on the 21st day of September, 2023 upon:

United States District Court
Western District of New York
Attn: Clerk of the Court
2 Niagara Square
Buffalo, N.Y. 14202

E.C.M.C.C.
Attn: Jonathon T. Swiatkowski
462 Grider St
3rd Floor Admin.
Buffalo, N.Y. 14215

Dated: 9-21-2023

Mark J. Maltese

Orleans Correctional Facility
3531 Gaines Basin Rd.
Albion, N.Y. 14411

RLEANS
IONAL FACILITY
NEOPOST
09/21/2023
US POSTAGE $003.15⁰
ZIP 14411
041M11280436

RLEANS
IONAL FACILITY
NEOPOST
09/21/2023
US POSTAGE $001.58⁰
ZIP 14411
041M11280436

PURPLE HEART FOREVER USA

4.62

United States District Court
Western District of New York
Attn: Clerk of the Court
200 U.S. Courthouse
2 Niagara Square
Buffalo, N.Y. 14202-3498

USDC - WDNY
SEP 25 2023
BUFFALO

Mark Joseph Maltese
Din# 15B0750

lity

RLEANS NEOPOST
09/21/2023
US POSTAGE $003.15⁰
IONAL FACILITY ZIP 14411
041M11280436

RLEANS NEOPOST
09/21/2023
US POSTAGE $001.58⁰
IONAL FACILITY ZIP 14411
041M11280436

PURPLE HEART FOREVER USA

4.62

United States District Court
Western District of New York
Attn: Clerk of the Court
200 U.S. Courthouse
2 Niagara Square
Buffalo, N.Y. 14202-3498

USDC - WDNY
SEP 25 2023
BUFFALO

*Legal Mail*

Mark Joseph Maltese
Din# 15B0750

* Legal Mail *